**ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

60 East 42nd Street, 46th Floor
New York, NY 10165
212-267-7342

| | |
|---|---|
| Defendant: | **Mediterranean Shipping Company (USA) Inc. dba MSC (USA) Inc.** |
| Bankruptcy Case: | **HRB Winddown, Inc.** |
| Preference Period: | **Sep 19, 2019 - Dec 18, 2019** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080632 | $4,730.00 | 10/17/2019 | MEDUS9254641 | 9/6/2019 | $250.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080632 | $4,730.00 | 10/17/2019 | MEDUS9520942 | 9/28/2019 | $150.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080632 | $4,730.00 | 10/17/2019 | MEDUS9516098 | 10/5/2019 | $150.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080632 | $4,730.00 | 10/17/2019 | MEDUS9427239 | 9/20/2019 | $250.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080632 | $4,730.00 | 10/17/2019 | MEDUS9427221 | 9/20/2019 | $150.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080632 | $4,730.00 | 10/17/2019 | MEDUS9427213 | 9/20/2019 | $450.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080632 | $4,730.00 | 10/17/2019 | MEDUS9339541 ADDI FEE | 9/13/2019 | $180.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080632 | $4,730.00 | 10/17/2019 | MEDUS9339541 | 9/13/2019 | $150.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080632 | $4,730.00 | 10/17/2019 | MEDUN3874470 | 9/6/2019 | $150.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080632 | $4,730.00 | 10/17/2019 | MEDUS9254690 | 9/6/2019 | $300.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080891 | $500.00 | 11/7/2019 | MEDUHS738365 A | 10/11/2019 | $50.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080632 | $4,730.00 | 10/17/2019 | MEDUS9254153 | 9/6/2019 | $450.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080632 | $4,730.00 | 10/17/2019 | MEDUS9198368 | 8/30/2019 | $300.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080632 | $4,730.00 | 10/17/2019 | MEDUS9181877 | 8/30/2019 | $300.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080632 | $4,730.00 | 10/17/2019 | MEDUS9181778 | 9/6/2019 | $450.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080632 | $4,730.00 | 10/17/2019 | MEDUS9181752 | 8/30/2019 | $300.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080632 | $4,730.00 | 10/17/2019 | MEDUS9181711 | 8/30/2019 | $150.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080632 | $4,730.00 | 10/17/2019 | MEDUS9116022 | 8/23/2019 | $450.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080632 | $4,730.00 | 10/17/2019 | MEDUS9339400 | 9/13/2019 | $150.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081096 | $4,800.00 | 11/21/2019 | MEDUS9577819 | 10/5/2019 | $600.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081096 | $4,800.00 | 11/21/2019 | MEDUSM082484 | 11/7/2019 | $150.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081096 | $4,800.00 | 11/21/2019 | MEDUS9855074 | 10/31/2019 | $150.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081096 | $4,800.00 | 11/21/2019 | MEDUS9855058 | 10/31/2019 | $600.00 |

Mediterranean Shipping Company (USA) Inc. dba MSC (USA) Inc. (2266236)
Bankruptcy Case: HRB Winddown, Inc.

Dec 13, 2021

Exhibit A

P. 1

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081096 | $4,800.00 | 11/21/2019 | MEDUS9855017 | 11/4/2019 | $150.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081096 | $4,800.00 | 11/21/2019 | MEDUS9812703 | 10/23/2019 | $600.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081096 | $4,800.00 | 11/21/2019 | MEDUS9722696 | 10/12/2019 | $300.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081096 | $4,800.00 | 11/21/2019 | MEDUS9669681 | 10/12/2019 | $750.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080891 | $500.00 | 11/7/2019 | MEDUH2338448 | 10/11/2019 | $50.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081096 | $4,800.00 | 11/21/2019 | MEDUS9577835 | 10/5/2019 | $600.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080891 | $500.00 | 11/7/2019 | MEDUHS684908 | 10/11/2019 | $50.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081096 | $4,800.00 | 11/21/2019 | MEDUN4421172 | 9/28/2019 | $150.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081096 | $4,800.00 | 11/21/2019 | MEDUN4348920 | 10/12/2019 | $150.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081096 | $4,800.00 | 11/21/2019 | MEDUN4169086 | 9/28/2019 | $150.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080891 | $500.00 | 11/7/2019 | MEDUQA469145 | 10/11/2019 | $50.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080891 | $500.00 | 11/7/2019 | MEDUQA428174 | 10/11/2019 | $200.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080891 | $500.00 | 11/7/2019 | MEDUQA368768 | 10/11/2019 | $50.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080891 | $500.00 | 11/7/2019 | MEDUHS976072 | 10/11/2019 | $50.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081096 | $4,800.00 | 11/21/2019 | MEDUSM082492 | 11/7/2019 | $150.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081096 | $4,800.00 | 11/21/2019 | MEDUS9577868 | 10/5/2019 | $300.00 |

**Totals:** **3 transfer(s),** **$10,030.00**